IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR I. NOVAK, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>VAN ENTERPRISES EMPLOYEE BENEFIT TRUST, a Kansas trust, and FMH BENEFIT SERVICES, INC., a Kansas corporation,<br><br>            Defendants. | 8:06CV562<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

       This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

       SO ORDERED.

       DATED this 29th day of January, 2007.

                                 BY THE COURT:

                                 s/ Joseph F. Bataillon
                                 Chief Judge